IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LYNNE THOMPSON,

       Plaintiff,                           21cv0281
                                             ELECTRONICALLY FILED

       v.

GEORGE C. BROMALL
*Attorney*, ET AL.,

       Defendants.

## **ORDER**

AND NOW, this 22nd day of July, 2021, after the Plaintiff, Lynne Thompson, filed *pro se* an action in the above-captioned case, and after a Report and Recommendation (Doc. 18) was filed on June 28, 2021, by United States Magistrate Judge Maureen P. Kelly, recommending that Plaintiff's action be dismissed for Plaintiff's failure to prosecute said action, and after permitting Plaintiff until July 15, 2021 to file written objections and responses to the Report and Recommendation, and after no written objections or responses were filed by Plaintiff,[1] upon independent review of the Record, and upon consideration of Magistrate Judge Kelly's June 28, 2021 Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's June 28, 2021 Report and Recommendation (Doc. 18) is adopted as the Opinion of this Court.

---

[1] On July 5, 2021, the Report and Recommendation (Doc. 18) and NEF at Doc. 18, which set forth that objections to the Report and Recommendation were due by July 15, 2021, which had been mailed to Plaintiff at her address of Record on June 28, 2021, were returned to the Court marked as "RETURN TO SENDER/NOT DELIVERABLE AS ADDRESSED/UNABLE TO FORWARD."  (Doc. 19).  As set forth in the Report and Recommendation, as a *pro se* litigant, Plaintiff "is personally responsible . . . for failing to keep the Court apprised of her current address." (Doc. 18 at 4).

2

IT IS FURTHER HEREBY ORDERED that, for the reasons set forth in the June 28, 2021 Report and Recommendation, this action shall be DISMISSED due to Plaintiff Lynne Thompson's failure to prosecute.

IT IS FURTHER HEREBY ORDERED that the Clerk of Court shall mark this case CLOSED.

 s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties

Lynne Thompson
2016 High Pointe Court
Murrysville, PA 15668